**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| TERESA SEUFERER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **Case No.:** 4:14-cv-00293-REL-CFB |
| | ) |
| WETCSH, ABBOTT & OSBORN, P.L.C., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, TERESA SEUFERER ("Plaintiff"), through her attorney, Kristin K. Gamble, Esq., and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, WETCSH, ABBOTT & OSBORN, P.L.C.

RESPECTFULLY SUBMITTED,

September 17, 2014    By: /s/ Kristin K. Gamble, Esq. _____
                                                Kristin K. Gamble, Esq.
                                                3816 Lincoln Place Drive
                                                Des Moines, IA 50312
                                                Tel: 515-724-2476
                                                kkgamble177@gmail.com
                                                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On September 17, 2014, I electronically filed the Notice of Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defendant's in-house counsel, Kevin Abbott, at kevin@dsmialaw.com.

                                              By: /s/ Kristin K. Gamble, Esq. _____
                                                  Kristin K. Gamble, Esq.